JAP:NEM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

   - against -

DONALD RAY MORGAN,

          Defendant.

– – – – – – – – – – – – – – – – – – – – – – – X

14-715 M

AFFIDAVIT IN SUPPORT
OF REMOVAL TO THE
MIDDLE DISTRICT OF
NORTH CAROLINA
(Fed. R. Crim. P. 5(c))

EASTERN DISTRICT OF NEW YORK, SS:

       J. L. PICKFORD, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

       Upon information and belief, on or about May 28, 2014, an arrest warrant was issued by the United States District Court for the Middle District of North Carolina, charging the defendant DONALD RAY MORGAN with possessing a firearm after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

       The source of your deponent's information and the grounds for his belief are as follows:

       1.    On or about May 27, 2014, a grand jury sitting in the Middle District of North Carolina returned a one-count indictment charging the defendant DONALD RAY MORGAN with possessing a firearm after having been convicted of a crime punishable by

imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). A true and correct copy of the indictment is attached hereto as Exhibit A.

2. The next day, an arrest warrant commanding the arrest of the defendant DONALD RAY MORGAN was issued by the United States District Court for the Middle District of North Carolina. A true and correct copy of the arrest warrant is attached hereto as Exhibit B.

3. The defendant flew into John F. Kennedy International Airport on August 2, 2014 on Delta Flight 107 from Frankfurt, Germany. Upon arrival, the defendant presented a passport in the name DONALD RAY MORGAN. I was in possession of a copy of a photo of MORGAN from the North Carolina Department of Motor Vehicles. The photograph matched the defendant. I also possessed pedigree information associated with the underlying Middle District of North Carolina offenses. The defendant stated in substance and in part that he was Donald Ray Morgan, and provided his date of birth, social security number former address and former telephone number. All of this information matched the pedigree information I had for MORGAN.

4. It is the desire of the United States Attorney for the Middle District of North Carolina that the defendant be removed to that district pursuant to the outstanding arrest warrant.

3

WHEREFORE, your deponent respectfully requests that the defendant DONALD RAY MORGAN be removed to the Middle District of North Carolina to be dealt with according to law.

                                                S/ J L Pickford

                                                _____

                                                J. L. PICKFORD
                                                Special Agent
                                                Federal Bureau of Investigation

Sworn to before me this
4th day of August, 2014

    S/ Steven Gold
_____
THE HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

*Unsealed per Mag. Judge Auld on 8/4/14, at 10:10 a.m.*

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
MAY 27 2014
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By KG

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    1:14CR194-1 |
| DONALD RAY MORGAN | : |

The Grand Jury charges:

In or about January, 2012, the exact date to the Grand Jurors unknown, in the County of Rowan, in the Middle District of North Carolina, DONALD RAY MORGAN, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce a firearm, that is, a Norinco 7.62 x 39mm rifle; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

[signature]
_____
GRAHAM T. GREEN
ASSISTANT UNITED STATES ATTORNEY

[signature]
_____
RIPLEY RAND
UNITED STATES ATTORNEY

# EXHIBIT B

# UNITED STATES DISTRICT COURT
for the

<u>Middle</u> District of <u>North Carolina</u>

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.     1:14CR194-1 |
| **DONALD RAY MORGAN** | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     **DONALD RAY MORGAN**                                                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

**X**  Indictment     ❒ Superseding Indictment          Information          Superseding Information          Complaint
❒ Probation Violation Petition          Supervised Release Violation Petition          Violation Notice          Order of the Court

This offense is briefly described as follows:

Felon in possession of a firearm in violation of 18:922(g)(1) and 924(a)(2)

**\*\*\* Indictment Sealed Pending Arrest of Defendant\*\*\***

**\*\*\*The U.S. Attorney requests a detention hearing\*\*\***

Date:  May 28, 2014

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state:  Greensboro, North Carolina

/s/ Carol Butler, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                    Weight:

Sex:                       Race:

Hair:                      Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: