## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Ramon E. Reyes Jr.   **DATE :**   8/6/14

**DOCKET NUMBER:**   14-715M   **LOG # :**   2:58 - 4:57

**DEFENDANT'S NAME :**   Donald Morgan
✓ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL :**   Peter Kirchheimer
✓ Federal Defender   ___ CJA   ___ Retained

**A.U.S.A:**   Nadia Moore   **DEPUTY CLERK :**   Felix Chin

**INTERPRETER :** _____   (Language) _____

_Detention_ ___ Hearing held.   _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___ Start_____ Stop_____

___ Order of Speedy Trial entered.   Code Type___ Start_____ Stop_____

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS :** Special Agent J. L. Pickford sworn and gave testimony. Dfse counsel renewed his application for bail; gvt opposed on dangerous; court denied application. Commitment to another district order entered. Removal hearing waived.