CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:14−mj−00715−SMG All Defendants

| | |
|---|---|
| Case title: USA v. Morgan | Date Filed: 08/04/2014 |
| | Date Terminated: 08/06/2014 |

Assigned to: Chief Mag. Judge Steven M. Gold

**Defendant (1)**

**Donald Ray Morgan**　　　　　　　　　　　represented by **Peter Kirchheimer**
*TERMINATED: 08/06/2014*　　　　　　　　　　　　　　　　　　Federal Defenders of New York, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　One Pierrepont Plaza, 16th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11201
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(718) 330−1200
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (718) 855−0760
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: Peter_Kirchheimer@fd.org
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**　　　　　　　　　　　　　　　　　　　　represented by **Nadia Elizabeth Moore**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Attorney's Office

271 Cadman Plaza East  
Brooklyn, NY 11201  
718−254−6362  
Fax: 718−254−6076  
Email: nadia.moore@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Government Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/04/2014 | 1 | 3 | RULE 40 AFFIDAVIT / removal to the Middle District of North Carolina by USA as to Donald Ray Morgan (Yuen, Sui−May) (Entered: 08/05/2014) |
| 08/04/2014 | 2 | 11 | Minute Entry for proceedings held before Chief Mag. Judge Steven M. Gold:Initial Appearance in Rule 5(c)(3) Proceedings as to Donald Ray Morgan held on 8/4/2014, Attorney Appointment of federal defender Peter Kirchheimer for the defendant present. AUSA Nadia Moore present. Defendant arraigned on a removal complaint to the MD of NC. Temporary Order of detention entered.Bail hearing set 8/6 at 2pm.(Tape #3;42−3;59, 4;44−4;48.) (Yuen, Sui−May) (Entered: 08/05/2014) |
| 08/04/2014 | 3 | 12 | TEMPORARY COMMITMENT Issued as to Donald Ray Morgan (Yuen, Sui−May) (Entered: 08/05/2014) |
| 08/06/2014 | 4 | 13 | Minute Entry for proceedings held before Magistrate Judge Ramon E. Reyes, Jr: Removal hearing and Detention Hearing as to Donald Ray Morgan held on 8/6/2014 (Tape #2;58−4;57.) AUSA Nadia Moore present. Defendant present w/ counsel Peter Kirchheimer. Special Agen JL Pickford sworn and testified. Court finds defendant before the court is the person wanted in MD of NC. Defense counsel renewed application for bail. Gov't opposed on dangerous ground. Court denied bail application. Commitment order to MD of North Carolina entered. Defendant waived identity hearing. (Yuen, Sui−May) Modified on 8/8/2014 (Yuen, Sui−May). (Entered: 08/08/2014) |
| 08/06/2014 | 5 | 14 | COMMITMENT TO ANOTHER DISTRICT as to Donald Ray Morgan. Defendant committed to District of Middle District of North Carolina.. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 8/6/2014. (Yuen, Sui−May) (Entered: 08/08/2014) |

JAP:NEM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

DONALD RAY MORGAN,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - X

14-715 M

AFFIDAVIT IN SUPPORT
OF REMOVAL TO THE
MIDDLE DISTRICT OF
NORTH CAROLINA
(Fed. R. Crim. P. 5(c))

EASTERN DISTRICT OF NEW YORK, SS:

       J. L. PICKFORD, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

       Upon information and belief, on or about May 28, 2014, an arrest warrant was issued by the United States District Court for the Middle District of North Carolina, charging the defendant DONALD RAY MORGAN with possessing a firearm after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

       The source of your deponent's information and the grounds for his belief are as follows:

       1.    On or about May 27, 2014, a grand jury sitting in the Middle District of North Carolina returned a one-count indictment charging the defendant DONALD RAY MORGAN with possessing a firearm after having been convicted of a crime punishable by

imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). A true and correct copy of the indictment is attached hereto as Exhibit A.

2. The next day, an arrest warrant commanding the arrest of the defendant DONALD RAY MORGAN was issued by the United States District Court for the Middle District of North Carolina. A true and correct copy of the arrest warrant is attached hereto as Exhibit B.

3. The defendant flew into John F. Kennedy International Airport on August 2, 2014 on Delta Flight 107 from Frankfurt, Germany. Upon arrival, the defendant presented a passport in the name DONALD RAY MORGAN. I was in possession of a copy of a photo of MORGAN from the North Carolina Department of Motor Vehicles. The photograph matched the defendant. I also possessed pedigree information associated with the underlying Middle District of North Carolina offenses. The defendant stated in substance and in part that he was Donald Ray Morgan, and provided his date of birth, social security number former address and former telephone number. All of this information matched the pedigree information I had for MORGAN.

4. It is the desire of the United States Attorney for the Middle District of North Carolina that the defendant be removed to that district pursuant to the outstanding arrest warrant.

3

WHEREFORE, your deponent respectfully requests that the defendant DONALD RAY MORGAN be removed to the Middle District of North Carolina to be dealt with according to law.

                                                                  S/ J L Pickford

                                            J. L. PICKFORD
                                            Special Agent
                                            Federal Bureau of Investigation

Sworn to before me this
4th day of August, 2014

     S/ Steven Gold

THE HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

Case 1:14-mj-00075-SMG Document 1 Filed 08/06/14 Page 6 of 13 PageID #: 18

*Unsealed per Mag. Judge Auld on 8/4/14, at 10:10 a.m.*

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
MAY 27 2014
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By KG

UNITED STATES OF AMERICA  :
:
v.  :  1:14CR194-1
:
DONALD RAY MORGAN  :

The Grand Jury charges:

In or about January, 2012, the exact date to the Grand Jurors unknown, in the County of Rowan, in the Middle District of North Carolina, DONALD RAY MORGAN, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce a firearm, that is, a Norinco 7.62 x 39mm rifle; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
GRAHAM T. GREEN by KJG
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY

# EXHIBIT B

Case 1:14-mj-00751-SMG Document 1 Filed 08/06/14 Page 6 of 13 PageID #: 20

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| **DONALD RAY MORGAN** | ) Case No. 1:14CR194-1 |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **DONALD RAY MORGAN**,
who is accused of an offense or violation based on the following document filed with the court:

**X** Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Felon in possession of a firearm in violation of 18:922(g)(1) and 924(a)(2)
**\*\*\* Indictment Sealed Pending Arrest of Defendant\*\*\***
**\*\*\*The U.S. Attorney requests a detention hearing\*\*\***

Date: May 28, 2014

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Carol Butler, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

USCA2 9

Case 1:14-mj-00515-SMG Document 1 Filed 03/06/14 Page 10 of 13 PageID #: 22
Case 14-1471, Document 6-1, Filed 08/04/14, Page 10 of 13

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                             Weight:

Sex:                                                Race:

Hair:                                               Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

**14M715**

1) Magistrate Case Number: __14M715__
2) Defendant's Name: __Morgan__ (Last) __Donald__ (First) __Ray__ (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ✓ Yes ___ No   Other District: __Middle District of North Carolina__
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: ✓ Yes ___ No   Date/Time: __8/4/14__
10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: ___
11) Temporary Order of Detention Entered: ✓   Bail Hearing set for: __8/6/14 @ 2:00 PM__
12) (a) Preliminary Hearing set for: _____; or waived: _____
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __Nadia Moore__
14) DEFENSE COUNSEL'S NAME: __Peter Kirchheimer__
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: ✓ RET: ___
    Telephone Number: (___) _____
15) LOG #: __3:42 - 3:59__   MAG. JUDGE: __Steven M Gold__
    __4:44 - 4:48__
16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____
_____
_____

17) Complaint/Affidavit/Indictment unsealed: ___ Yes ___ No

SO ORDERED ON THIS ___ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE

AO 470 (8/85) Order of Temporary Detention

# United States District Court

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

Donald Ray Morgan
*Defendant*

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 14-715M

Upon motion of the __deff__, it is ORDERED that a detention hearing is set for __8/6__* at __2:00__
                                               Date                                   Time

before __MJ Reyes__
*Name of Judicial Officer*

BROOKLYN, NEW YORK
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
*Other Custodial Official*

__8-4-14__                                                                              S/ Steven Gold
*Date*                                                                            *Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

☆ US GPO: 2001-610-716/50044

# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Ramon E. Reyes Jr.   **DATE :** 8/6/14

**DOCKET NUMBER:**   14-715M   **LOG # :**  2:58 — 4:57

**DEFENDANT'S NAME :**   Donald Morgan
   ✓ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL :**   Peter Kirchheimer
   ✓ Federal Defender   ___ CJA   ___ Retained

**A.U.S.A:**   Nadia Moore   **DEPUTY CLERK :**   Felix Chin

**INTERPRETER :** _____ (Language) _____

_Detention_ ___ Hearing held.  _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type ___   Start ___   Stop ___

___ Order of Speedy Trial entered.   Code Type ___   Start ___   Stop ___

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS :** Special Agent J. L. Pickford sworn and gave testimony. Dfse counsel renewed his application for bail; gvt opposed on dangerous; court denied application. Commitment to another district order entered. Removal hearing waived.

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK__

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

Donald Ray Morgan

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 14 CR 194 | 14-715M | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☑ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of __18__ U.S.C. § __922__

**DISTRICT OF OFFENSE** Middle District of North Carolina

**DESCRIPTION OF CHARGES:**

Felon in possession of a firearm

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☑ Federal Defender Organization | ☐ CJA Attorney | ☐ None |

Interpreter Required?  ☑ No  ☐ Yes  Language: _____

DISTRICT OF NEW YORK

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

8/6/14      S/ Ramon Reyes, Jr.
Date           United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |